UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NICOLAS ALFONSO PADRON, | ) | |
| (BOP Register No. 44575-177), | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | |
| VS. | ) | 3:18-CV-1324-G (BN) |
| | ) | |
| DIANA HERNANDEZ, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a

recommendation in this case. An objection was filed by the plaintiff. The district

court reviewed *de novo* those portions of the proposed findings, conclusions, and

recommendation to which objection was made, and reviewed the remaining proposed

findings, conclusions, and recommendation for plain error. Finding no error, the

court **ACCEPTS** the findings, conclusions, and recommendation of the United States

Magistrate Judge.

**SO ORDERED**.

October 11, 2018.

_____

**A. JOE FISH**
**Senior United States District Judge**